IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACTUARIAL CONSULTING SERVICES, INC. | ) ) ) | Case No. __8:24cv60__ |
| Movant, | ) ) | **MOTION TO QUASH OR MODIFY SUBPOENA, AND FOR PROTECTIVE** |
| v. | ) ) | **ORDER** |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, and THE KRAFT HEINZ COMPANY, | ) ) ) ) | |
| Respondents. | ) ) ) | |

COMES NOW Movant Actuarial Consulting Services, Inc. ("ACS") and submits this

motion to quash or modify subpoena, and for protective order pursuant to Fed. R. Civ. P. 45 in

connection with the subpoenas issued by Respondent Blue Cross and Blue Shield Association

("BCBSA") and Respondent The Kraft Heinz Company ("Kraft Heinz"). As discussed in the

brief and evidence that accompanies this filing, the subpoenas pose an undue burden, as well as

seek materials that may be subject to a non-disclosure agreement and that contain ACS's

confidential information and trade secrets. To this extent this motion constitutes a discovery

dispute for the purposes of NECivR 7.1(j), the undersigned's sincere but unsuccessful efforts to

resolve this dispute through personal consultation and written communications are discussed

throughout the contemporaneously-filed brief and evidence.

WHEREFORE ACS asks that the Court grant its motion and quash or modify the

subpoenas issued by BCBSA and Kraft Heinz and issue a protective order as particularly

described in ACS's accompanying brief.

DATED this 14th day of February 2024.

ACTUARIAL CONSULTING SERVICES, INC.
Movant,

By:  s/ *David A. Changstrom*
John M. Walker, #23250
David A. Changstrom, #26518
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
T: (402) 397-7300 | F: (402) 397-7824
jwalker@ldmlaw.com
dchangstrom@ldmlaw.com

*ATTORNEYS FOR MOVANT*
*ACTUARIAL CONSULTING SERVICES,*
*INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I electronically filed the foregoing with the
Clerk of Court using the CM/ECF system.  I also sent a copy of the foregoing to the following
persons by certified and electronic mailing:

David H. Korn
Cravath
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
dkorn@cravath.com
*Attorney for Respondent*
*Blue Cross and Blue*
*Shield Association*

Christopher C. Sabis
Sherrard Roe Voigt Harbison
150 3rd Ave. S. #1100
Nashville, TN 37201
csabis@svrhlaw.com
*Attorney for Respondent*
*The Kraft Heinz Company*

s/ *David A. Changstrom*

4892-5374-1221, v. 1