IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACTUARIAL CONSULTING SERVICES, INC. | ) ) ) | Case No. 4:24cv60 |
| Movant, | ) ) | **NOTICE OF RELATED CASES** |
| v. | ) ) | |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, and THE KRAFT HEINZ COMPANY, | ) ) ) ) | |
| Respondents. | ) | |

NOTICE IS GIVEN that this matter is related to the following pending actions proceeding in the United States District Court for the Northern District of Alabama:

*Alaska Air Grp., Inc., et al. v. Anthem, Inc., et al.*, No. 2:21-cv-1209 (N.D. Ala.);

*JetBlue Airways Corp., et al. v. Anthem, Inc., et al.*, No. 2:22-cv-558 (N.D. Ala.); and

*Bed Bath & Beyond Inc., et al. v. Anthem, Inc., et al.*, No. 2:22-cv-1256 (N.D. Ala.).

DATED this 14th day of February 2024.

                                               ACTUARIAL CONSULTING SERVICES, INC.
                                               Movant,

                                   By:     s/ *David A. Changstrom*
                                                       John M. Walker, #23250
                                                       David A. Changstrom, #26518
                                                       LAMSON, DUGAN & MURRAY, LLP
                                                       10306 Regency Parkway Drive
                                                       Omaha, NE 68114
                                                       T: (402) 397-7300 | F: (402) 397-7824
                                                       jwalker@ldmlaw.com
                                                       dchangstrom@ldmlaw.com
                                                       *ATTORNEYS FOR MOVANT ACTUARIAL CONSULTING SERVICES, INC.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                s/ *David A. Changstrom*

4884-8998-6981, v. 1